B3B (Official Form 3B) (12/07) — Cont.

# United States Bankruptcy Court
## __Northern__ District of __Illinois__

In re: __Fred Murray__                    Case No. __09-5498__
      Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

   The debtor shall pay the chapter 7 filing fee according to the following terms:

   $ __74.75__ on or before __March 31, 2009__
   $ __74.75__ on or before __April 30, 2009__
   $ __74.75__ on or before __May 29, 2009__
   $ __74.75__ on or before __June 30, 2009__

   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

   **IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.**

[ ] SCHEDULED FOR HEARING.

   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ :AM/PM at _____.
                                                                (address of courthouse)

   **IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.**

DATE: __3·19·09__                    BY THE COURT
                                      _____
                                      United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

Case Number:    09-5498
Case Name:      Fred Murray Debtor(s)

I, Karen Jacobs, Courtroom Deputy, do hereby certify that on this 20th day of March, 2009 I caused to be served via first class mail a true and correct copy of:

order on debtor's application for waiver of chapter 7 filing fee dated: March 19, 2009

addressed to each of the following named individuals:

Fred Murray
216 E, 68 St.
Chicago, IL 60653

_____
Karen Jacobs
Courtroom Deputy

FILED

MAR 20 2009

SUSAN PIERSON SONDERBY
BANKRUPTCY JUDGE